John J. Talton, Chapter 13 Trustee  
Pay to: CLERK   Clerk of the Court  
Check No. 822111

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20386 | 008-0 | HENRY E NUNLEY<br>Original Check written to:<br>SFC - CENTRAL BANKRUPTCY & RECOVERY DEPT<br>PO BOX 1893<br>SPARTANBURG, SC  29304- | xxxxxx1478 | 285.73 | 14.59 | 0.00 | 14.59 |
| 05-20750 | 004-0 | LINDA ZEAGLER<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA  94529-0001 | xxxxxx6061 | 622.15 | 15.72 | 0.00 | 15.72 |
| 05-61803 | 007-1 | JOHN RANDALL RAGSDALE<br>Original Check written to:<br>CAPITAL ONE, NATIONAL ASSOCIATION<br>P.O. BOX 152409<br>IRVING, TX  75015- | 3788 | 17,171.13 | 322.65 | 0.00 | 322.65 |
| 05-62771 | 006-0 | FEDERICO O SANDERS<br>Original Check written to:<br>FAIRLANE CREDIT<br>P O BOX 3999<br>ST JOSEPH, MO  64503 | xxx0834 | 0.00 | 887.54 | 0.00 | 887.54 |
| 06-60510 | 009-0 | FLORA JEAN WALKER<br>Original Check written to:<br>GUARANTY BANK<br>1300 S MOPAC EXPWY<br>AUSTIN, TX  78746 | xxxxxx1997 | 347.24 | 98.75 | 0.00 | 98.75 |
| 07-60655 | 030-0 | RANDOLPH T KENNEDY<br>Original Check written to:<br>NEXTCARD MASTERTRUST<br>INFIBANK<br>157 TECHNOLOGY PKWY #900<br>NORCROSS, GA  30092- | xxxxxxxxxxxx7485 | 2,746.29 | 46.60 | 0.00 | 46.60 |
| 09-60184 | 004-0 | EUGENE SINDAB<br>Original Check written to:<br>BARCLAYS CAPITAL REAL ESTATE<br>P O BOX 160101<br>SACRAMENTO, CA  95816- | 2178 | 3,609.24 | 0.00 | 4.60 | 4.60 |